1

**WO**                IN THE UNITED STATES DISTRICT COURT

2

FOR THE DISTRICT OF ARIZONA

3

4    United States of America,                    )
                                                   )
5                        Plaintiff,                )        05-7289m-01
                                                   )
6              v.                                  )
                                                   )
7                                                  )        ORDER OF DETENTION
     Danielle Kay Lafon,                           )
8                        Defendant.                )
     _____)

9

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing

10   has been held.

11          The Court incorporates and adopts by reference the assessment of

12   nonappearance/danger findings of the Pretrial Services Agency which were reviewed

13   by the Court at the time of the hearing in this matter.

14          Defendant does not dispute the information contained in the Pretrial Services

15   Report

16          The Court concludes, by a preponderance of the evidence, that defendant is a

17   flight risk and requires  detention pending trial.

18          The Court also concludes, that no condition or combination of conditions will

19   reasonably assure the appearance of  defendant as required.

20          IT IS THEREFORE ORDERED that defendant be detained pending further

21   proceedings. 18 U.S.C. §3143; Rules  32.1(a)(1) and 46(c), Federal Rules of Criminal

22   Procedure.

23          DATED this 27th day of October, 2005.

24

25

26

27          _____
                        Edward C. Voss
28                 United States Magistrate Judge